Mark L. Javitch (California SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| ERIK SALAIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>AMITY ONE DEBT RELIEF, et al.,<br><br>    Defendants. | §<br>§<br>§  Civil Action No.:  3:25-cv-00300-DCG-LE<br>§<br>§  **NOTICE OF SETTLEMENT**<br>§<br>§<br>§<br>§<br>§<br>§ |

NOW COMES Plaintiff ERIK SALAIZ, by and through his attorney, to respectfully notify this Honorable Court that this entire case has settled on an individual basis. Plaintiff requests that the Court vacate all pending dates and deadlines. Plaintiff requests the Court allow sixty (60) days for the Parties to file their final paperwork of dismissal. Plaintiff requests this Court retain jurisdiction over this matter until fully resolved.

Dated: November 24, 2025        Respectfully submitted,

By:  /s/ Mark L. Javitch
Mark L. Javitch (California SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

Filed electronically with the United States District Court for the Western District of Texas CM/ECF system.

Notification was therefore automatically sent through the CM/ECF system to:

- United States District Court for the Western District of Texas
- All counsel of record as recorded on the electronic service list.

Date: November 24, 2025          By:  /s/ Mark L. Javitch
                                      Mark L. Javitch