Mark L. Javitch (SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343

*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| ERIK SALAIZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMITY ONE DEBT RELIEF d/b/a LENDBEE, a California Corporation, CLEARONE ADVANTAGE, LLC, a Delaware Limited Liability Company, THE AMERICAN LEGAL CLUB LLC, a Delaware Limited Liability Company, and LIGHTPOINT LAW GROUP, LLC, a New Jersey Limited Liability Company,<br><br>　　　　　　Defendants. | Civil Action No.:  3:25-cv-00300-DCG<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

### STIPULATION TO DISMISS WITH PREJUDICE

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), ERIK SALAIZ ("Plaintiff") and CLEARONE ADVANTAGE, LLC, THE AMERICAN LEGAL CLUB LLC, and LIGHTPOINT LAW GROUP, LLC, ("Defendants") by and through their undersigned counsel, hereby stipulate to dismiss this case with prejudice, with each side bearing its own costs and attorney's fees.

STIPULATION TO
DISMISS

**IT IS SO STIPULATED AND AGREED.**

Dated: February 18, 2026

By: /s/ Mark L. Javitch
Mark L. Javitch

**ATTORNEY FOR PLAINTIFF**

By: /s/ Roy Taub
Roy Taub

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the date stated below, the foregoing was filed through the Court's electronic filing system and will be sent electronically to all parties of record via the Court's electronic filing system.

Date: February 18, 2026

/s/ Mark L. Javitch
Mark L. Javitch

**LOCAL RULE 5-4.3.4 ATTESTATION**

In accordance with L.R. 5-4.3.4, I hereby attest that I have received concurrence from each signatory shown in this document to use their signature for the purposes of filing this document.

DATED: February 18, 2026          By: /s/ Mark L. Javitch
Mark L. Javitch

STIPULATION TO
DISMISS